# Court of Appeals
# of the State of Georgia

ATLANTA,_____April 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1474. RODNEY WARREN v. GWEN ANDERSON WARREN.**

Rodney Warren filed this appeal from the superior court's final decree of divorce. The Supreme Court, however, has general appellate jurisdiction over divorce and alimony cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____04/28/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*